IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

Plaintiff,

v.

RALPH ROSENBERG,

Defendant.

_____/

CIV-MORENO

MAGISTRATE JUDGE

NIGHT BOX FILED
NOV 29 2004
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## COMPLAINT

The United States of America, by its counsel, Marcos Daniel Jimenez, United States Attorney for the Southern District of Florida, complains and alleges as follows:

### General Allegations

**A.    Jurisdiction and Venue**

1. This is a civil action brought by the United States to reduce federal tax and related assessments to judgment.

2. This action is brought pursuant to Section 7401 of the Internal Revenue Code ("IRC") (26 U.S.C.) at the direction of the Attorney General of the United States, and with the authorization, and at the request, of the Chief Counsel, Internal Revenue Service, a delegate of the Secretary of the Treasury.

3. The Court has jurisdiction over this action pursuant to IRC § 7402 and to 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the defendant resides and may be found in this district; a substantial part of the events giving rise to this action occurred in this district; and the subject tax and related liabilities accrued in this district.

5. Defendant Ralph Rosenberg is an individual who resides at 1800 N.E. 114th Street, Apt. 2409, Miami, Florida 33181.

**B. Claim for Relief: To Reduce Tax and Related Assessments To Judgment**

6. The United States reasserts the allegations of paragraphs 1 through 5 as if fully set forth herein.

7. On the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made the following federal income tax and related assessments against Defendant Ralph Rosenberg for the tax year ended December 31, 1980:

| Type of Tax: | Assessment Date: | Amount Assessed: | Type of Assessment: |
|---|---|---|---|
| Form 1040 | 08/28/1987 | $58,285.00 | Tax |
| | 08/28/1987 | $73,775.26 | Interest |
| | 11/23/1987 | $ 2,287.83 | Interest |
| | 12/28/1987 | $   516.22 | Interest |
| | 02/08/1988 | $   557.78 | Interest |
| | 03/07/1988 | $   285.16 | Interest |
| | 04/11/1988 | $ 1,094.33 | Interest |
| | 07/18/1988 | $ 3,322.21 | Interest |
| | 09/01/1997 | $    12.00 | Fees and collection costs |

8. On the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made the following federal income tax and related assessments against Defendant Ralph Rosenberg for the tax year ended December 31, 1987:

| Type of Tax: | Assessment Date: | Amount Assessed: | Type of Assessment: |
|---|---|---|---|
| Form 1040 | 01/09/1989 | $    9,428.00 | Tax |
| | 01/09/1989 | $       723.15 | Late-filing penalty |
| | 01/09/1989 | $       361.57 | Late-payment penalty |
| | 01/09/1989 | $       655.14 | Interest |
| | 05/08/1989 | $         12.00 | Fees and collection costs |
| | 07/25/1991 | $131,673.00 | Tax |
| | 07/25/1991 | $ 56,570.67 | Interest |
| | 02/24/1992 | $         12.00 | Fees and collection costs |
| | 12/12/1994 | $         12.00 | Fees and collection costs |

9. On the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made the following federal income tax and related assessments against Defendant Ralph Rosenberg for the tax year ended December 31, 1988:

| Type of Tax: | Assessment Date: | Amount Assessed: | Type of Assessment: |
|---|---|---|---|
| Form 1040 | 12/11/1989 | $1,930.00 | Tax |
| | 12/11/1989 | $   125.00 | Estimated-tax penalty |
| | 12/11/1989 | $   434.25 | Late-filing penalty |
| | 12/11/1989 | $     77.20 | Late-payment penalty |
| | 12/11/1989 | $   189.03 | Interest |
| | 04/02/1990 | $     12.00 | Fees and collection costs |
| | 07/25/1991 | $2,213.00 | Tax |
| | 07/25/1991 | $   633.74 | Interest |

10. For the tax periods ended June 30, 1987, September 30, 1987, and December 31, 1987, Defendant Ralph Rosenberg was a responsible person of U.S. Health Resources Corporation, formerly Med Tech Products, Inc., within the meaning of Section 6672 of the Internal Revenue Code ("IRC") (26 U.S.C.).

11. Due to Defendant Ralph Rosenberg's willful failure to collect, truthfully account for, and remit to the United States taxes required to be withheld from wages paid to employees of U.S. Health Resources Corporation, on the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made assessments against Defendant Ralph Rosenberg for the

3

tax periods ended June 30, 1987, September 30, 1987, and December 31, 1987 of liabilities established by Section 6672 of the Internal Revenue Code, and other related liabilities, as follows:

| Type of Tax: | Assessment Date: | Amount Assessed: | Type of Assessment: |
|---|---|---|---|
| IRC § 6672 | 02/26/1991 | $49,823.79 | Penalty |
|  | 04/29/1991 | $ 899.25 | Interest |
|  | 09/30/1991 | $ 12.00 | Fees and collection costs |

12. For the tax periods ended June 30, 1987, September 30, 1987, and December 31, 1987, Defendant Ralph Rosenberg was a responsible person of U.S. Rehabilitative Resources within the meaning of Section 6672 of the Internal Revenue Code.

13. Due to Defendant Ralph Rosenberg's willful failure to collect, truthfully account for, and remit to the United States taxes required to be withheld from wages paid to employees of U.S. Rehabilitative Resources, on the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made assessments against Defendant Ralph Rosenberg for the tax periods ended June 30, 1987, September 30, 1987, and December 31, 1987 of liabilities established by Section 6672 of the Internal Revenue Code as follows:

| Type of Tax: | Assessment Date: | Amount Assessed: | Type of Assessment: |
|---|---|---|---|
| IRC § 6672 | 07/20/1992 | $46,370.65 | Penalty |

14. Despite timely notice of the assessments identified above, and timely demand for payment of the amounts owed on the assessments identified above, Defendant Ralph Rosenberg has failed to pay those amounts in full to the United States.

WHEREFORE, the United States prays that:

A. The Court enter judgment against Defendant Ralph Rosenberg, and in favor of the United States, in the amount of the unpaid balance owed on the assessments identified above, plus additional interest and additions to tax accrued and accruing by operation of applicable law, less any applicable credits.

B. The Court award the United States its costs incurred in connection with this action, along with such other relief as is just and proper.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
United States Attorney

_____
CHRISTOPHER H. LAROSA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6559
Facsimile:  (202) 514-9868
Email: Christopher.H.LaRosa@usdoj.gov

JS 44 (Rev. 3/99)  **CIVIL COVER SHEET**  04-22991

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Ralph Rosenberg

**CIV-MORENO**
**MAGISTRATE JUDGE GARBER**

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Miami Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Docket 1:04CV22991 FAM BLG

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher H. LaRosa
U.S. Dept. of Justice, Tax Division
P.O. Box 14198
Washington, D.C. 20044

Attorneys (If Known)

NOV 29 2004
CLARENCE MADDOX
USDC / SDFL / MIA

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 330 Federal Employers' Liability | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 340 Marine / [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** [ ] 370 Other Fraud [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 740 Railway Labor Act | | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 530 General | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 535 Death Penalty | | |
| [ ] 290 All Other Real Property | | [ ] 540 Mandamus & Other | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| | | [ ] 550 Civil Rights / [ ] 555 Prison Condition / [ ] 790 Other Labor Litigation / [ ] 791 Empl. Ret. Inc. Security Act | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action to reduce federal tax and related assessments to judgment 26 U.S.C. Section 7401.

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 11/29/04
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____