IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-22991-CIV-GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAN E. GREENFIELD, PERSONAL
REPRESENTATIVE OF THE
ESTATE OF RALPH ROSENBERG,

    Defendant.
_____/

## Judgment

It is hereby

ORDERED, ADJUDGED, and DECREED that the United States shall recover $118,889.25 from the defendant Alan E. Greenfield, Personal Representative of the Estate of Ralph Rosenberg as of October 1, 2009, with interest thereafter as provided in 26 U.S.C. Sections 6621 and 6622, on account of federal income tax liabilities for the period ending December 31, 1988 and responsible person penalties for the periods ending December 31, 1987.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of November, 2009.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE